# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ALEX TANNO, | Case No.: 2:18-cv-01693-APG-BNW |
| Plaintiff | **Order Dismissing Case** |
| v. | |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT and SHERIFF JOE LOMBARDO, | |
| Defendants | |

I previously ordered plaintiff Alex Tanno to file a completed application to proceed in forma pauperis or to pay the full filing fee by September 9, 2019. ECF No. 7 at 7. I advised Tanno that if he failed to do so, I would dismiss the case without further notice. *Id.* Tanno has not paid the filing fee or submitted an application to proceed in forma pauperis.

I THEREFORE ORDER that plaintiff Alex Tanno's complaint **(ECF No. 1-1) is dismissed without prejudice**. The clerk of court is instructed to close this case.

DATED this 9th day of December, 2019.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE